# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | | |
|---|---|---|
| ALICE GRAY, ET AL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 7:06-CV-01538-LSC |
| | ) | |
| DOLGENCORP, INC., ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The matter before this Court is the Parties' Joint Motion to Transfer Cases – Group II (Doc. 94.) After considering the Joint Motion, the Court: GRANTS the Joint Motion to Transfer Cases – Group II, and ORDERS the 185 cases listed on Exhibit A to the Joint Motion to Transfer Cases – Group II be transferred to the districts as identified therein.

This Court further forwards with this Order a stipulated list of counsel for the parties, with current contact information, for the court's reference and convenience. This list is attached as Exhibit B.

Done this 11th day of March 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

## EXHIBIT A TO JOINT MOTION TO TRANSFER

## GROUP II

|    |          | Last Name        | First Name | Case #       | TRANSFER COURT              |
|----|----------|------------------|------------|--------------|-----------------------------|
| 1  | ARWD-1   | Drake            | Martha     | 7:06cv02440  | Arkansas Western District   |
| 2  | ARWD-2   | Felps            | Helen      | 7:06cv02441  | Arkansas Western District   |
| 3  | ARWD-3   | Harris           | Amanda     | 7:06cv02388  | Arkansas Western District   |
| 4  | ARWD-4   | Harris           | Denise A.  | 7:06cv02442  | Arkansas Western District   |
| 5  | ARWD-5   | Hill             | Melissa    | 7:06cv02444  | Arkansas Western District   |
| 6  | ARWD-6   | Kozal            | Darla      | 7:06cv02449  | Arkansas Western District   |
| 7  | ARWD-7   | Maxwell          | Diane      | 7:06cv03770  | Arkansas Western District   |
| 8  | ARWD-8   | Maze             | Tammy      | 7:06cv02452  | Arkansas Western District   |
| 9  | ARWD-9   | McGinnis         | Patricia   | 7:06cv02454  | Arkansas Western District   |
| 10 | ARWD-10  | Rabone           | Susan      | 7:06cv02456  | Arkansas Western District   |
| 11 | ARWD-11  | Remley           | Kimberly   | 7:06cv02464  | Arkansas Western District   |
| 12 | ARWD-12  | Skinner          | Cary       | 7:06cv03396  | Arkansas Western District   |
| 13 | ARWD-13  | Skinner-Drindak  | Kimberly   | 7:06cv03397  | Arkansas Western District   |
| 14 | ARWD-14  | Slavings         | Joyce      | 7:06cv02459  | Arkansas Western District   |
| 15 | FLND-1   | Battle           | Robin      | 7:06cv02587  | Florida Northern District   |
| 16 | FLND-2   | Bloom            | Melissa    | 7:06cv02589  | Florida Northern District   |
| 17 | FLND-3   | Bradley          | Dellie     | 7:06cv02590  | Florida Northern District   |
| 18 | FLND-4   | Carey            | Michael    | 7:06cv02591  | Florida Northern District   |
| 19 | FLND-5   | Clark-Carney     | Dianna     | 7:06cv02651  | Florida Northern District   |

| | | Last Name | First Name | Case # | TRANSFER COURT |
|---|---|---|---|---|---|
| 20 | FLND-6 | Conlee | Karla | 7:06cv02592 | Florida Northern District |
| 21 | FLND-7 | Conn | Deborah | 7:06cv02593 | Florida Northern District |
| 22 | FLND-8 | Dann | Andrea | 7:06cv02495 | Florida Northern District |
| 23 | FLND-9 | Doxtator | Wilma | 7:06cv04549 | Florida Northern District |
| 24 | FLND-10 | Gill | Barbara | 7:06cv02594 | Florida Northern District |
| 25 | FLND-11 | Golotto-Mello | Lenore | 7:06cv02595 | Florida Northern District |
| 26 | FLND-12 | Hendricks | Nancy | 7:06cv02596 | Florida Northern District |
| 27 | FLND-13 | Key | LuAnn | 7:06cv02598 | Florida Northern District |
| 28 | FLND-14 | Kirby | Tina | 7:06cv02599 | Florida Northern District |
| 29 | FLND-15 | Matthews | Nancy | 7:06cv02601 | Florida Northern District |
| 30 | FLND-16 | McKinnon | Roger | 7:06cv02602 | Florida Northern District |
| 31 | FLND-17 | Monteith | Lester Dewayne | 7:06cv02604 | Florida Northern District |
| 32 | FLND-18 | Ray | Marti | 7:06cv02606 | Florida Northern District |
| 33 | FLND-19 | Rector | Thomas | 7:06cv02607 | Florida Northern District |
| 34 | FLND-20 | Stanford | Valerie | 7:06cv02576 | Florida Northern District |
| 35 | FLND-21 | Waye | Brenda | 7:06cv02616 | Florida Northern District |
| 36 | FLND-22 | Whitt | Stephen | 7:06cv02617 | Florida Northern District |
| 37 | FLND-23 | Wilkins | Tammy | 7:06cv02618 | Florida Northern District |
| 38 | FLND-24 | Wisner | David | 7:06cv02986 | Florida Northern District |
| 39 | FLND-25 | Wisner | Lovely | 7:06cv02584 | Florida Northern District |
| 40 | FLND-26 | Yates | David | 7:06cv02683 | Florida Northern District |

|    |         | Last Name         | First Name | Case #      | TRANSFER COURT            |
|----|---------|-------------------|------------|-------------|---------------------------|
| 41 | ILCD-1  | Buhl-Thompson     | Peggy      | 7:06cv02774 | Illinois Central District |
| 42 | ILCD-2  | Burger            | Rebecca    | 7:06cv02775 | Illinois Central District |
| 43 | ILCD-3  | Davis             | Debbie     | 7:06cv02777 | Illinois Central District |
| 44 | ILCD-4  | Houmes            | Ronda      | 7:06cv02779 | Illinois Central District |
| 45 | ILCD-5  | Loomis            | Deanna     | 7:06cv02781 | Illinois Central District |
| 46 | ILCD-6  | Melton            | Steve      | 7:06cv02782 | Illinois Central District |
| 47 | ILCD-7  | Miner             | Joan       | 7:06cv02784 | Illinois Central District |
| 48 | ILCD-8  | Morgan            | Kimberly   | 7:06cv02785 | Illinois Central District |
| 49 | ILCD-9  | Ritz              | Martino    | 7:06cv02562 | Illinois Central District |
| 50 | ILCD-10 | Schmitz           | Monica     | 7:06cv02788 | Illinois Central District |
| 51 | ILCD-11 | Steidinger-Harris | Paula      | 7:06cv02790 | Illinois Central District |
| 52 | ILCD-12 | Welch             | Janice     | 7:06cv02792 | Illinois Central District |
| 53 | ILCD-13 | Wilson            | Janice K.  | 7:06cv02939 | Illinois Central District |
| 54 | KSDC-1  | Baysinger         | Laura      | 7:06cv02942 | Kansas District Court     |
| 55 | KSDC-2  | Brady             | Robert     | 7:06cv02946 | Kansas District Court     |
| 56 | KSDC-3  | Capps             | Connie     | 7:06cv02947 | Kansas District Court     |
| 57 | KSDC-4  | Chapman           | Gina       | 7:06cv02949 | Kansas District Court     |
| 58 | KSDC-5  | Cochran           | Patricia   | 7:06cv02951 | Kansas District Court     |
| 59 | KSDC-6  | Cochrane          | Victoria   | 7:06cv02952 | Kansas District Court     |
| 60 | KSDC-7  | Cullip            | Patricia   | 7:06cv02955 | Kansas District Court     |
| 61 | KSDC-8  | Dickerson         | Mandy      | 7:06cv02959 | Kansas District Court     |

|    |         | Last Name       | First Name | Case #      | TRANSFER COURT       |
|----|---------|-----------------|------------|-------------|----------------------|
| 62 | KSDC-9  | Gill            | Ruth       | 7:06cv02960 | Kansas District Court |
| 63 | KSDC-10 | Gilmore         | Gary       | 7:06cv02961 | Kansas District Court |
| 64 | KSDC-11 | Hall            | Pedro      | 7:06cv02135 | Kansas District Court |
| 65 | KSDC-12 | Ham             | Mark       | 7:06cv03368 | Kansas District Court |
| 66 | KSDC-13 | Harper          | Dorothy    | 7:06cv02965 | Kansas District Court |
| 67 | KSDC-14 | Hathaway        | Roger      | 7:06cv02966 | Kansas District Court |
| 68 | KSDC-15 | Licon           | Michael    | 7:06cv02968 | Kansas District Court |
| 69 | KSDC-16 | Licon           | Sharon     | 7:06cv02969 | Kansas District Court |
| 70 | KSDC-17 | McDonald        | Karen      | 7:06cv02970 | Kansas District Court |
| 71 | KSDC-18 | Orton           | Eloise     | 7:06cv02972 | Kansas District Court |
| 72 | KSDC-19 | Pickens-Trower  | Stephanie  | 7:06cv03772 | Kansas District Court |
| 73 | KSDC-20 | Rakestraw       | Debra      | 7:06cv02973 | Kansas District Court |
| 74 | KSDC-21 | Rogers          | Hazel      | 7:06cv02975 | Kansas District Court |
| 75 | KSDC-22 | Rutledge        | Billie     | 7:06cv03774 | Kansas District Court |
| 76 | KSDC-23 | Smith           | Antonio    | 7:06cv02979 | Kansas District Court |
| 77 | KSDC-24 | Snyder          | Russell    | 7:06cv02980 | Kansas District Court |
| 78 | KSDC-25 | Steen           | Connie     | 7:06cv02981 | Kansas District Court |
| 79 | KSDC-26 | Stuckey         | Connie     | 7:06cv02982 | Kansas District Court |
| 80 | KSDC-27 | Theurer         | Laura      | 7:06cv02983 | Kansas District Court |
| 81 | KSDC-28 | Vanhollebeke    | Stacy      | 7:06cv02984 | Kansas District Court |
| 82 | KSDC-29 | Weishapl        | James      | 7:06cv04492 | Kansas District Court |

|     |          | Last Name         | First Name | Case #      | TRANSFER COURT               |
|-----|----------|-------------------|------------|-------------|------------------------------|
| 83  | KSDC-30  | Williams-Colorado | Velma      | 7:06cv02985 | Kansas District Court        |
| 84  | KSDC-31  | Wolfe             | Julie      | 7:06cv02987 | Kansas District Court        |
| 85  | MSSD-1   | Burney            | Carol      | 7:06cv03264 | Mississippi Southern District |
| 86  | MSSD-2   | Burrage           | Willie     | 7:06cv03265 | Mississippi Southern District |
| 87  | MSSD-3   | Cooley            | Susan      | 7:06cv03267 | Mississippi Southern District |
| 88  | MSSD-4   | Coward            | Eunice     | 7:06cv03269 | Mississippi Southern District |
| 89  | MSSD-5   | Creel             | Sandra     | 7:06cv03270 | Mississippi Southern District |
| 90  | MSSD-6   | Cummings          | Cynthia    | 7:06cv03271 | Mississippi Southern District |
| 91  | MSSD-7   | Fountain          | Andrew     | 7:06cv03272 | Mississippi Southern District |
| 92  | MSSD-8   | Fox               | Ronda      | 7:06cv03274 | Mississippi Southern District |
| 93  | MSSD-9   | Hainey            | Ellen      | 7:06cv03438 | Mississippi Southern District |
| 94  | MSSD-10  | Heidelberg        | Jamie      | 7:06cv03280 | Mississippi Southern District |
| 95  | MSSD-11  | Henderson         | Jane       | 7:06cv03281 | Mississippi Southern District |
| 96  | MSSD-12  | Hillman           | Ronald     | 7:06cv03283 | Mississippi Southern District |
| 97  | MSSD-13  | Ivy               | Judy       | 7:06cv03285 | Mississippi Southern District |
| 98  | MSSD-14  | Joachim           | Steven     | 7:06cv03286 | Mississippi Southern District |
| 99  | MSSD-15  | Johnson           | LaSonya    | 7:06cv03287 | Mississippi Southern District |
| 100 | MSSD-16  | Kampf             | Frank      | 7:06cv03074 | Mississippi Southern District |
| 101 | MSSD-17  | Lewis             | Shirley    | 7:06cv03290 | Mississippi Southern District |

|  |  | Last Name | First Name | Case # | TRANSFER COURT |
|---|---|---|---|---|---|
| 102 | MSSD-18 | Lindsey | Rita | 7:06cv03291 | Mississippi Southern District |
| 103 | MSSD-19 | Londono | Luis | 7:06cv03292 | Mississippi Southern District |
| 104 | MSSD-20 | Malone | Barbara | 7:06cv03296 | Mississippi Southern District |
| 105 | MSSD-21 | Martin | Vickie | 7:06cv03299 | Mississippi Southern District |
| 106 | MSSD-22 | McKines | Rose | 7:06cv03301 | Mississippi Southern District |
| 107 | MSSD-23 | Miller | Michele | 7:06cv03302 | Mississippi Southern District |
| 108 | MSSD-24 | Millington | Silvia | 7:06cv02227 | Mississippi Southern District |
| 109 | MSSD-25 | Noble | Linda | 7:06cv03304 | Mississippi Southern District |
| 110 | MSSD-26 | Peavey | Georgia | 7:06cv03305 | Mississippi Southern District |
| 111 | MSSD-27 | Petro | Donna | 7:06cv03307 | Mississippi Southern District |
| 112 | MSSD-28 | Pugh | Gwendolyn | 7:06cv03310 | Mississippi Southern District |
| 113 | MSSD-29 | Rast | Amanda | 7:06cv03311 | Mississippi Southern District |
| 114 | MSSD-30 | Smith | Mattie | 7:06cv03315 | Mississippi Southern District |
| 115 | MSSD-31 | Stevens-Case | Mollie | 7:06cv03317 | Mississippi Southern District |

|     |         | Last Name  | First Name | Case #       | TRANSFER COURT                  |
|-----|---------|------------|------------|--------------|---------------------------------|
| 116 | MSSD-32 | Sumrall    | Mary       | 7:06cv03318  | Mississippi Southern District   |
| 117 | MSSD-33 | Townsend   | Raeford    | 7:06cv03319  | Mississippi Southern District   |
| 118 | MSSD-34 | Westbrook  | Margie     | 7:06cv03320  | Mississippi Southern District   |
| 119 | MSSD-35 | Williams   | Tabetha    | 7:06cv03325  | Mississippi Southern District   |
| 120 | MSSD-36 | Williams   | Chassity   | 7:06cv03323  | Mississippi Southern District   |
| 121 | MSSD-37 | Williamson | William    | 7:06cv03326  | Mississippi Southern District   |
| 122 | MSSD-38 | Wren       | Roger      | 7:06cv03327  | Mississippi Southern District   |
| 123 | NCED-1  | Andrews    | Melvin     | 7:06cv03479  | North Carolina Eastern District |
| 124 | NCED-2  | Ballard    | Larry      | 7:06cv03480  | North Carolina Eastern District |
| 125 | NCED-3  | Basnight   | Wanda      | 7:06cv03481  | North Carolina Eastern District |
| 126 | NCED-4  | Boone      | Delphine   | 7:06cv03482  | North Carolina Eastern District |
| 127 | NCED-5  | Boos       | Thomas     | 7:06cv03483  | North Carolina Eastern District |
| 128 | NCED-6  | Civils     | Donald     | 7:06cv03485  | North Carolina Eastern District |
| 129 | NCED-7  | DiMascio   | Dawn       | 7:06cv03486  | North Carolina Eastern District |

|  |  | Last Name | First Name | Case # | TRANSFER COURT |
|---|---|---|---|---|---|
| 130 | NCED-8 | Dixon | Brenda | 7:06cv03487 | North Carolina Eastern District |
| 131 | NCED-9 | Draughon | Tony | 7:06cv03488 | North Carolina Eastern District |
| 132 | NCED-10 | Faircloth | Allen | 7:06cv03491 | North Carolina Eastern District |
| 133 | NCED-11 | Goodwin | Sharon | 7:06cv03493 | North Carolina Eastern District |
| 134 | NCED-12 | Gore | Tonya | 7:06cv03494 | North Carolina Eastern District |
| 135 | NCED-13 | Grabowski | Naomi | 7:06cv03495 | North Carolina Eastern District |
| 136 | NCED-14 | Harper | Shelia | 7:06cv03497 | North Carolina Eastern District |
| 137 | NCED-15 | Herring | Rose | 7:06cv03499 | North Carolina Eastern District |
| 138 | NCED-16 | Holmes | Bernis | 7:06cv03501 | North Carolina Eastern District |
| 139 | NCED-17 | Hunt | Sandra | 7:06cv03502 | North Carolina Eastern District |
| 140 | NCED-18 | Kelly-Savage | Shirley | 7:06cv03504 | North Carolina Eastern District |
| 141 | NCED-19 | Leigh | Harold | 7:06cv03505 | North Carolina Eastern District |
| 142 | NCED-20 | Mack | Valerie | 7:06cv03507 | North Carolina Eastern District |
| 143 | NCED-21 | Ortiz | Carmen | 7:06cv03799 | North Carolina Eastern District |

|  |  | Last Name | First Name | Case # | TRANSFER COURT |
|---|---|---|---|---|---|
| 144 | NCED-22 | Price | Kenneth | 7:06cv03511 | North Carolina Eastern District |
| 145 | NCED-23 | Ravas-Houllion | Brenda | 7:06cv03512 | North Carolina Eastern District |
| 146 | NCED-24 | Rogers-Andrews | Annette | 7:06cv03513 | North Carolina Eastern District |
| 147 | NCED-25 | Simmons | Barbara | 7:06cv03514 | North Carolina Eastern District |
| 148 | NCED-26 | Sparks | Patricia | 7:06cv03516 | North Carolina Eastern District |
| 149 | NCED-27 | Suggs | Deborah | 7:06cv03517 | North Carolina Eastern District |
| 150 | NCED-28 | Van Ostran | Peggy | 7:06cv03519 | North Carolina Eastern District |
| 151 | NCED-29 | Watts | Carmen | 7:06cv03556 | North Carolina Eastern District |
| 152 | NCED-30 | Whitfield | Tasha | 7:06cv03521 | North Carolina Eastern District |
| 153 | NJDC-1 | Basquez | Kimberly | 7:06cv03421 | New Jersey District Court |
| 154 | NJDC-2 | Borrell | Shari | 7:06cv03422 | New Jersey District Court |
| 155 | NJDC-3 | Bryant | Patricia | 7:06cv03423 | New Jersey District Court |
| 156 | NJDC-4 | Muller | Helene | 7:06cv03424 | New Jersey District Court |
| 157 | NJDC-5 | Thaler | Ivan | 7:06cv03427 | New Jersey District Court |

|     |         | Last Name     | First Name | Case #      | TRANSFER COURT              |
|-----|---------|---------------|------------|-------------|-----------------------------|
| 158 | NJDC-6  | Thaler        | Tammy      | 7:06cv03428 | New Jersey District Court   |
| 159 | NJDC-7  | West          | Theresa    | 7:06cv03430 | New Jersey District Court   |
| 160 | NYND-1  | Anderson      | Janet      | 7:06cv03434 | New York Northern District  |
| 161 | NYND-2  | Casper-Cabrera| Evangeline | 7:06cv03435 | New York Northern District  |
| 162 | NYND-3  | LaTour        | Tracey     | 7:06cv03440 | New York Northern District  |
| 163 | NYND-4  | Pulver        | Betty      | 7:06cv03447 | New York Northern District  |
| 164 | TNWD-1  | Fayne         | Flora      | 7:06cv04097 | Tennessee Western District  |
| 165 | TNWD-2  | Gray          | Dennis     | 7:06cv04098 | Tennessee Western District  |
| 166 | TNWD-3  | Hays          | Nannette   | 7:06cv04099 | Tennessee Western District  |
| 167 | TNWD-4  | Hughes        | Annie      | 7:06cv04101 | Tennessee Western District  |
| 168 | TNWD-5  | Johnson       | Glenda     | 7:06cv04102 | Tennessee Western District  |
| 169 | TNWD-6  | King          | Pamela     | 7:06cv04104 | Tennessee Western District  |
| 170 | TNWD-7  | Landreth      | Barbara    | 7:06cv04105 | Tennessee Western District  |
| 171 | TNWD-8  | Marks-McCoy   | Evelyn     | 7:06cv04107 | Tennessee Western District  |

|     |         | Last Name       | First Name  | Case #      | TRANSFER COURT                    |
|-----|---------|-----------------|-------------|-------------|-----------------------------------|
| 172 | TNWD-9  | Mayfield        | Melba       | 7:06cv04108 | Tennessee Western District        |
| 173 | TNWD-10 | McMillan        | Clyde David | 7:06cv04109 | Tennessee Western District        |
| 174 | TNWD-11 | Reddick         | Roberta     | 7:06cv04111 | Tennessee Western District        |
| 175 | TNWD-12 | Watson-Rice     | Mary Jo     | 7:06cv04113 | Tennessee Western District        |
| 176 | WVND-1  | Bosley          | Melva       | 7:06cv04523 | West Virginia Northern District   |
| 177 | WVND-2  | Howell          | Mary        | 7:06cv04527 | West Virginia Northern District   |
| 178 | WVND-3  | Mayne-Harrison  | Angela      | 7:06cv04528 | West Virginia Northern District   |
| 179 | WVND-4  | Morgan          | James       | 7:06cv04529 | West Virginia Northern District   |
| 180 | WVND-5  | Outen           | Connie      | 7:06cv04530 | West Virginia Northern District   |
| 181 | WVND-6  | Proctor         | Tawana      | 7:06cv04531 | West Virginia Northern District   |
| 182 | WVND-7  | Richards-Wiser  | Christine   | 7:06cv04532 | West Virginia Northern District   |
| 183 | WVND-8  | Stewart         | Fabra       | 7:06cv03185 | West Virginia Northern District   |
| 184 | WVND-9  | Thorne-Judkins  | Della       | 7:06cv04551 | West Virginia Northern District   |
| 185 | WVND-10 | Weller          | Kimberly    | 7:06cv04534 | West Virginia Northern District   |

EXHIBIT B

<u>Counsel for Plaintiffs:</u>

Roman A Shaul
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
Telephone: 1-334-269-2343
Email: roman.shaul@beasleyallen.com

Jere L Beasley
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
Telephone: 1-334-269-2343
Email: jere.beasley@beasleyallen.com

W Daniel Miles, III
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES PC
PO Box 4160
Montgomery, AL 36103-4160
Telephone: 1-334-269-2343
Email: dee.miles@beasleyallen.com

J Allen Schreiber
SCHREIBER & PETRO PC
301 19th Street N, Suite 580
Birmingham, AL 35203
Telephone: 205-871-5080
Fax: 205-879-6960
Email: allen@sppclaw.com

P Mark Petro
SCHREIBER & PETRO PC
301 19th Street N, Suite 580
Birmingham, AL 35203
Telephone: 205-871-5080
Fax: 205-879-6960
Email: ppetro@sppclaw.com


Counsel for Defendants:

Ronald E Manthey
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214-466-4111
Fax: 214-466-4001
Email: ron.manthey@morganlewis.com

Joel S Allen
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214-466-4106
Fax: 214-466-4001
Email: joel.allen@morganlewis.com

Melissa M Hensley
MORGAN LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, TX 75201
Telephone: 214-466-4130
Fax: 214-466-4001
Email: melissa.hensley@morganlewis.com

J Trent Scofield
OGLETREE DEAKINS NASH
SMOAK & STEWART PC
One Federal Place, Suite 1000
1819 5th Avenue, North
Birmingham, AL 35203
Telephone: 205-328-1900
Fax: 205-328-6000
Email: trent.scofield@odnss.com


Keith D Frazier
OGLETREE DEAKINS NASH
SMOAK & STEWART
Suntrust Center, Suite 800
424 Church Street
Nashville, TN 37219
Telephone: 1-615-254-1900
Fax: 1-615-254-1908
Email: keith.frazier@odnss.com